UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTINE M. TAYLOR, individually and on                    JUDGMENT
behalf of all others similarly situated,                    17-CV- 1733 (ARR)

                             Plaintiff,

        -against-

MRS  BPO,  LLC,

                             Defendant.
-------------------------------------------------------------X

        An Opinion and Order of Honorable Allyne R. Ross, United States District Judge,

having been filed on July 5, 2017, granting Defendant's motion to dismiss; and directing the

Clerk of Court to enter judgment in favor of Defendant and to close the case; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that

judgment is hereby entered in favor of Defendant and against Plaintiff; and that the case is

closed.

Dated: Brooklyn, New York                          Douglas C. Palmer
       July 05, 2017                               Clerk of Court

                                          by:    /s/ Janet Hamilton
                                                 Deputy Clerk